MARTIN V. WOOD, Respondent, *v.* JOHN WELZ, Appellant.

*Wood* v. *Welz*, 40 App. Div. 202, affirmed.
(Argued April 30, 1901; decided May 14, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1899, affirming a judgment in favor of plaintiff

entered upon a decision of the Kings County Court on trial without a jury.

*M. Hallheimer* for appellant.

*Francis Stockton McDivitt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.